ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA
:
    - v. -
:
RICARDO FELIX,                                 **SEALED INDICTMENT**
    a/k/a "Richard,"
    a/k/a "Shorty,"                         :  15 Cr.
    a/k/a "Gilberto Oquendo,"

                  Defendant.          :

:

- - - - - - - - - - - - - - - - - - x

**15 CRIM 363**

**Judge McMahon**

COUNT ONE

The Grand Jury charges:

1. From at least in or about 2008, up to and including in or about 2014, in the Southern District of New York and elsewhere, RICARDO FELIX, a/k/a "Richard," a/k/a "Shorty," a/k/a "Gilberto Oquendo," the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that RICARDO FELIX, a/k/a "Richard," a/k/a "Shorty," a/k/a "Gilberto Oquendo," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-10-15

controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substance that RICARDO FELIX, a/k/a "Richard," a/k/a "Shorty," a/k/a "Gilberto Oquendo," the defendant, conspired to distribute and possess with intent to distribute was five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation Title 21, United States Code, Section 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

### FORFEITURE ALLEGATION

4. As a result of committing the controlled substance offense charged in Count One of this Indictment, RICARDO FELIX, a/k/a "Richard," a/k/a "Shorty," a/k/a "Gilberto Oquendo," the defendant, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the offense and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense charged in Count One of this Indictment.

### Substitute Asset Provision

5. If any of the above described forfeitable property, as a result of any act or omission of RICARDO FELIX,

a/k/a "Richard," a/k/a "Shorty," a/k/a "Gilberto Oquendo," the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, Untied States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

    (Title 21, United States Code, Section 853.)

_[signature]_  
FOREPERSON

_[signature]_  
PREET BHARARA  
United States Attorney

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

RICARDO FELIX,
a/k/a "Richard,"
a/k/a "Shorty,"
a/k/a "Gilberto Oquendo,"

Defendant.

INDICTMENT

15 Cr.

(21 U.S.C. § 846.)

PREET BHARARA
United States Attorney.

A TRUE BILL

Foreperson.

6/10/15   FILED INDICTMT   WARRANTS ISSUED

COTT, USMJ